```
                            United States Bankruptcy Court
                                District of Connecticut

In re:                                                          Case No. 12-20444-asd
Ariel H. Marzouca                                               Chapter 7
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0205-2          User: admin              Page 1 of 3         Date Rcvd: Jun 06, 2012
                              Form ID: B18             Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2012.
db           +Ariel H. Marzouca,    21 Farmstead Circle,    Bloomfield, CT 06002-2874
7804068      +AB Circle Pro,    P.O. Box 8348,    Van Nuys, CA 91409-8348
7804072      +Anthony Amato, DMD,    18 North Main Street,    Suite 2,    West Hartford, CT 06107-1919
7804073       Bank of America,    100 North Broadway,    Suite 160,    Kansas City, MO 64121-9236
7804090       CT Children's Specialty Group,    P.O. Box 4000 D803,    Hartford, CT 06151-0803
7804077      +Centralized Small Claims,    80 Washington St.,    Hartford, CT 06106-4402
7804082      +Comcast,    P.O. Box 6505,    Chelmsford, MA 01824-0905
7804083       Comcast,    PO Box 196,    Newark, NJ 07101-0196
7804086       Connecticut Natural Gas,    P.O. Box 2411,    Hartford, CT 06146-2411
7804087      #Connecticut Natural Gas Corp.,    P.O. Box 1085,    Augusta, ME 04332-1085
7804089       Credit One Bank,    P.O. Box 60500,    City Of Industry, CA 91716-0500
7804093       Diversified Adjustment Service,    PO Box 32145,    Minneapolis, MN 55432-0145
7804094      +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
7804095       Experian,    PO Box 2002,    Allen, TX 75013-2002
7804097      +Frederick J. Hanna & Assoc,    1427 Roswell Road,    Marietta, GA 30062-3668
7804098      +G M A C Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5345
7804102       GEMB/Lord & Taylor,    P.O. Box 960035,    Orlando, FL 32896-0036
7804105       GMAC Mortgage,    P.O. Box 9001719,    Louisville, KY 40290-1719
7804103       Genpact Services LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
7804104      +Gloria Henry,    21 Farmstead Lane,    Bloomfield, CT 06002-2874
7804106       Hertzmark Crean & Lahey, L.P.,    76 Center St.,    Floor 1,    Waterbury, CT 06702-2129
7804107      +Howard Lee Schiff, P.C.,    510 Tolland Street,    P.O. Box 280245,    East Hartford, CT 06128-0245
7804110       Internal Revenue Service,    Holtsville, NY 11742-0480
7804111      +Jeremy Weingast, Esq,    650 Farmington Avenue,    Hartford, CT 06105-2906
7804112       Marshal John Lepito,    69 Walnut Street,    PO Box 305,    New Britain, CT 06050-0305
7804113       MedConn Collection Agency, LLC,    P.O. Box 359,    Rocky Hill, CT 06067-0359
7804114       Mitchell Danitz, Ph.D.,    45 South Main Street,    Suite 110,    West Hartford, CT 06107-2402
7804115      +Nair & Levin,    707 Bloomfield Avenue,    Bloomfield, CT 06002-2406
7804116       National Recovery Agency,    P.O. Box 67015,    Harrisburg, PA 17106-7015
7804118      +North Shore Agency,    4000 East Fifth Avenue,    Columbus, OH 43219-1811
7804119      +Professional Bureau of,    Collections of Maryland, Inc.,    P.O. Box 4157,
               Greenwood Village, CO 80155-4157
7804120       Prohealth Physicians,    P.O. Box 150472,    Hartford, CT 06115-0472
7804121       Richard E. Ostop,    State Marshal,    P.O. Box 42,    Simsbury, CT 06070-0042
7804126      +Small Claims Area @ Manchester,    Clerk, Geographical Area 12,    410 Center Street,    SCC-413317,
               Manchester, CT 06040-3968
7804127      +St. Francis Hospital Billing,    114 Woodland Street,    Hartford, CT 06105-1299
7804128       St. Francis Hospital/Medical,    P.O. Box 320635,    Hartford, CT 06132-0635
7804129      +Superior Court,    Judicial District of Hartford,    95 Washington Street,    HHD-CV11-6025779-S,
               Hartford, CT 06106-4431
7804132      +Tobin & Melien,    45 Court Street,    New Haven, CT 06511-6962
7804133      +Town of Bloomfield,    Tax Collector,    P.O. Box 337,    Bloomfield, CT 06002-0337
7804134      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7804069      +EDI: ALLIANCEONE.COM Jun 06 2012 18:49:00      Alliance One Receivables,    4850 Street Road,
               Suite 300,    Trevose, PA 19053-6643
7804070      +E-mail/Text: American@AABinfo.net Jun 06 2012 19:02:27      American Adjustment Bureau,
               PO Box 2758,    Waterbury, CT 06723-2758
7804071       E-mail/Text: joann.m@aefcu.com Jun 06 2012 19:02:03      American Eagle FCU,    417 Main Street,
               PO Box 280128,    ATTN: ANA MARANZANO,    East Hartford, CT 06128-0128
7804075       EDI: CAPITALONE.COM Jun 06 2012 18:48:00      Capital One,    Po Box 85520,    Richmond, VA 23285
7804074      +E-mail/Text: cms-bk@cms-collect.com Jun 06 2012 19:02:30      Capital Management Services LP,
               726 Exchange St.,    Suite 700,    Buffalo, NY 14210-1464
7804076      +EDI: CAPITALONE.COM Jun 06 2012 18:48:00      Capital One Bank (USA) N.A.,    P.O. Box 71083,
               Charlotte, NC 28272-1083
7804078      +EDI: CHASE.COM Jun 06 2012 18:48:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
7804079       EDI: CHASE.COM Jun 06 2012 18:48:00      Chase,    Cardmember Service,    P.O. Box 15153,
               Wilmington, DE 19886-5153
7804080      +EDI: CITICORP.COM Jun 06 2012 18:48:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
7804085       E-mail/Text: bankruptcy@nu.com Jun 06 2012 19:05:25      Connecticut Light & Power,
               Credit and Collections Center,    P.O. Box 150493,    Hartford, CT 06115-0493
7804084       E-mail/Text: bankruptcy@nu.com Jun 06 2012 19:05:25      Connecticut Light & Power,
               P.O. Box 150493,    Hartford, CT 06115-0493
7804088      +EDI: RCSFNBMARIN.COM Jun 06 2012 18:48:00      Credit One Bank,    Po Box 98875,
               Las Vegas, NV 89193-8875
7804092       EDI: DISCOVER.COM Jun 06 2012 18:48:00      Discover Financial Services,    Po Box 15316,
               Wilmington, DE 19850
7804091       EDI: DISCOVER.COM Jun 06 2012 18:48:00      Discover Card,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
7804096       EDI: FMAALLIANCE.COM Jun 06 2012 18:49:00      FMA Alliance LTD,    P.O. Box 2409,
               Houston, TX 77252-2409
7804099      +EDI: RMSC.COM Jun 06 2012 18:48:00      GEMB/JCPenney,    Po Box 981400,    El Paso, TX 79998-1400
7804100       EDI: RMSC.COM Jun 06 2012 18:48:00      GEMB/JCPenney,    P.O. Box 960090,    Orlando, FL 32896-0090
```

```
District/off: 0205-2           User: admin              Page 2 of 3                   Date Rcvd: Jun 06, 2012
                               Form ID: B18             Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
7804101      +EDI: RMSC.COM Jun 06 2012 18:48:00      GEMB/Lord & Taylor,   Po Box 981400,
              El Paso, TX 79998-1400
7804108       EDI: ICSYSTEM.COM Jun 06 2012 18:48:00      I.C. System, Inc.,   444 Highway 96 East,
              P.O. Box 64887,   Saint Paul, MN 55164-0887
7804109       EDI: IRS.COM Jun 06 2012 18:48:00      Internal Revenue Service,   Andover, MA 05501-0030
7804117       E-mail/Text: bankruptcydepartment@ncogroup.com Jun 06 2012 19:05:09     NCO Financial Systems,
              P.O. Box 41747,   Philadelphia, PA 19101-1457
7804122      +EDI: SALMAESERVICING.COM Jun 06 2012 18:48:00      Sallie Mae,   Po Box 9500,
              Wilkes Barre, PA 18773-9500
7804123       EDI: SALMAESERVICING.COM Jun 06 2012 18:48:00      Sallie Mae,   P.O. Box 4700,
              Wilkes Barre, PA 18773-4700
7804124       EDI: SEARS.COM Jun 06 2012 18:48:00      Sears Credit Cards,   P.O. Box 183082,
              Columbus, OH 43218-3082
7804125      +EDI: SEARS.COM Jun 06 2012 18:48:00      Sears/CBSD,   Po Box 6189,   Sioux Falls, SD 57117-6189
7804130      +EDI: CITICORP.COM Jun 06 2012 18:48:00      THD/CBSD,   Po Box 6497,   Sioux Falls, SD 57117-6497
7804135       EDI: URSI.COM Jun 06 2012 18:49:00      United Recovery Systems,   P.O. Box 722910,
              Houston, TX 77272-2910
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7804081*     +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
7804131*     +THD/CBSD,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2012**               **Signature:**     *Joseph Speetjens*

```
District/off: 0205-2           User: admin             Page 3 of 3                Date Rcvd: Jun 06, 2012
                               Form ID: B18            Total Noticed: 67
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2012 at the address(es) listed below:

```
              John J. O'Neil    joneil1776@yahoo.com, ct03@ecfcbis.com
              Suzann L. Beckett    on behalf of Debtor Ariel Marzouca SuzannB@Beckett-Law.com,
               MarthaS@Beckett-Law.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

Case 12-20444    Doc 12    Filed 06/08/12    Entered 06/09/12 00:46:19    Page 3 of 5

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Connecticut
Case No. <u>12–20444</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ariel H. Marzouca
   aka Ariel H. Marzouca–Jaunai
   21 Farmstead Circle
   Bloomfield, CT 06002

Social Security / Individual Taxpayer ID No.:
   xxx–xx–6785

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                         BY THE COURT

Dated: <u>6/6/12</u>                                         <u>Albert S. Dabrowski</u>
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**